UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEZAIDA GRAVOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1077 (JCH) |
| ) | |
| WESTPORT PAIN CENTER, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Dated this 15th day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE